UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RANDALL L. DUDLEY, )<br>       Plaintiff, )<br>        )<br>   v. )<br>        )<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of the Social Security Administration, )<br>       Defendant. ) | CAUSE NO.: 1:20-CV-87-JVB-SLC |

## ORDER

This matter is before the Court on a Complaint [DE 1] filed on February 2, 2020, and a Brief in Support of Plaintiff's Complaint to Review Decision of Commissioner of Social Security Administration [DE 24] filed on December 19, 2020. The Court referred this case to Magistrate Judge Susan Collins for a report and recommendation under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule 72-1. [DE 7]. Judge Collins issued her Report and Recommendation on July 9, 2021. [DE 30]. The parties were given notice that they had fourteen days in which to file objections to the report and recommendation. No party has filed objections.

Judge Collins recommends that the Court reverse the Commissioner's decision to deny Plaintiff disability insurance benefits and remand this case to the Commissioner for further proceedings. In brief, Judge Collins found that the ALJ failed to account for Plaintiff's marked limitations in concentration, persistence, and pace.

Having reviewed the report and recommendation, the Court finds no clear error. Therefore, noting the lack of objection, the Court hereby **ADOPTS** in its entirety Judge Collins's Report and Recommendation [DE 30] and incorporates the Report and Recommendation into this Order. Accordingly, the Court **GRANTS** the relief requested in the Brief in Support of Plaintiff's Complaint to Review Decision of Commissioner of Social Security Administration [DE 24],

**REVERSES** the final decision of the Commissioner of Social Security, and **REMANDS** this matter for further proceedings consistent with this Order and the incorporated Report and Recommendation of Judge Martin.

SO ORDERED on July 26, 2021.

s/ Joseph S. Van Bokkelen  
JOSEPH S. VAN BOKKELEN, JUDGE  
UNITED STATES DISTRICT COURT